IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN M. SMITHSON, | :CIVIL ACTION NO. **1:CV-14-2073** |
| Plaintiff | (Judge Kane) |
| v. | (Magistrate Judge Blewitt) |
| GAYLE FEDERICO, et al., | |
| Defendants | |

## ORDER

AND NOW, this 1st day of **December, 2014, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Appointment of Counsel **(Doc. 3)** is **DENIED**. In the event the circumstances of this case should change, the Court will consider a new application for counsel at such time.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: December 1, 2014

FILED
SCRANTON
DEC 01 2014
PER _____
DEPUTY CLERK