# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTIAN M. SMITHSON,** : | |
|     Plaintiff : | |
| : | No. 1:14-cv-2073 |
| v. : | |
| : | (Judge Kane) |
| **GAYLE FEDERICO, <u>et al.</u>,** : | |
|     Defendants : | (Magistrate Judge Carlson) |
| : | |

## <u>ORDER</u>

**AND NOW,** on this 26th day of May 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Carlson's Report and Recommendations (Doc. Nos. 27, 28) are **ADOPTED**;

2. Plaintiff's objections (Doc. Nos. 29, 30) are **OVERRULED**;

3. Counts I and II of Plaintiff's complaint, seeking monetary damages under the Pennsylvania Constitution, are **DISMISSED WITH PREJUDICE**;

4. Plaintiff's motion for preliminary injunctive relief (Doc. No. 4) is **DENIED**; and,

5. The case is referred back to Magistrate Judge Saporito for pre-trial management, including resolution of any pending motions or, if necessary, a Report and Recommendation on same.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
